IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Antonio Maurice Fortson #267832 )
Full name and prison number )
of plaintiffs(s) )
 )
 )
v. )
 )
L. Jamison / Goldson, F. David )
 )
Bell / Reese / Rogers, )
 )
J. Thomas / M.K. Spencer / )
 )
Sgt. Dickerson / Sgt. Lewis )
 )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )
 )

CIVIL ACTION NO. ~~KCF 19-00775 1-2~~
2:19-CV-493-WKW-CSS
(To be supplied by Clerk of
U.S. District Court)

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( )  NO ( ✓ )
     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( )  NO ( ✓ )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:
               Plaintiff(s)_____

               _____

               Defendant(s)_____

               _____

          2.   Court (if federal court, name the district? if
               state court, name the county)_____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?)_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Kilby Correctional Facitity

_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Kilby Correctional Facility In Permanent Party At Gate-3

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|     | NAME            | ADDRESS  |
|-----|-----------------|----------|
| 1.  | L. Jamison      | K.C.F.   |
| 2.  | M.K. Spencer    | K.C.F.   |
| 3.  | J. Thomas       | K.C.F.   |
| 4.  | Goldson, F, David | K.C.F. |
| 5.  | Reese           | K.C.F.   |
| 6.  | Bell            | K.C.F.   |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May, 03, 2018 At 6:04 A.M.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR-ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Fourth Amendment

_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

GROUND TWO: The Fifth Amendment

SUPPORTING FACTS:

GROUND THREE: The Sixth Amendment

SUPPORTING FACTS:

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I've want each of the follower name's to pay for
the pain and suffering that they've caused me to
go throught for three full week's and sixth day's $80,000
dollars.

_Antonio Fontson_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on ___7-8-2019___.
(Date)

_Antonio Fontson_
Signature of plaintiff(s)

4

To Whom It May Concern                    6-24-2019
On May,03,2019 at 6:00A.M. I've got-up
right before the count to put mine sheets
in the front of the dorm to go out that
morning to be clean, After I'll returned
to mine bunk to make sure that mine
living area where squared away! A
fem minutes later on that when the
Officer"L,Jamison" had approached me
to shack me down because he thought
another inmate had passed me someth-
ing and that when Officer"L,Jamison" told
me to go to gate-3 and that when he
(which is Officer"L,Jamison and Officer Gol-
dsum and Officer Reese" had beated me
up all the way to the main hallway. And
from that day I've been written letter-s to
the investigations and intelligence division
because I'll am fearing for mine life
here at Kilby Corrections Facility by the sec-
onds so will someone please help me in
this abuse,danger,environment.

Sincer: Antonio M,
Fortson AIs#267832
8:33P.M.

Antonio M. Fortson
AIS# 267832/H-26B
P.O. Box 150
Mt. Meigs, Alabama
            36057

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL MAIL



02 1P     $ 000.80⁰
0000908515     JUL 09 2019
MAILED FROM ZIP CODE 36057

OFFICE OF THE CLERK
UNITED STATES DISTRICT CT
ONE CHURCH ST. SUITE B-110
Montgomery, Alabama
            36104