00267832B    B

**Alabama Department of Corrections**

DISC004

**DISCIPLINARY REPORT**
403A Warden Decision

**Incident Report Number:**    KCF-19-00775

**1. Inmate:**    FORTSON, ANTONIO MAURICE          **Custody:**    MEDIUM          **AIS:** 00267832B

**2. Institution:**    KILBY RCC          **Disc #:** KCF-19-00775-1

**3. The above inmate is being charged by:**          JAMISON, LEROY

**with a violation of the following Rule(s):**

925 - Failure to obey a direct order of an ADOC Employee

**From Administrative Regulation #403, which occured on or about:**

May  3 2019  6:09AM at Gate # 3

**A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

On May 3, 2019, you, inmate Antonio Fortson, B/267832, were given an instruction by Officer L. Jamison to cuff up.  You, inmate Fortson, failed to comply with the given instruction which resulted in a use of force in which chemical agents were used.  Therefore you, inmate Fortson, are being charged with Failure to obey a direct order of an ADOC Employee.

| 05/03/2019 | JAMISON, LEROY  / Officer |
|---|---|
| Date | Arresting Officer Name / Title |

**5.  I hereby certify that on this 4th day of May, 2019, at (time) 08:52:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| WILLIAMS, BRANDON M | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**          **NO:** _____          **YES:** See Signed 403A (1-4)

Inmate's Signature          Inmate's Signature

**7. If yes, list:**    CHAMBERS, TIMOTHY LAMAR / 00300293
EWING, WILLIAM BENNY / 00217887S

**8. Hearing Date:**    May 10, 2019          **Time:**    13:20:00          **Place:**    Shift Commander's Office

**9. Inmate must be present in Hearing Room.  If he / she is not present, explain in detail on additional page and attach.**

**10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

SPENCER, MAURICE K
Hearing Officer Name / Title

**11. A finding is made that the inmate is capable of representing himself / herself.**

SPENCER, MAURICE K
Hearing Officer Name / Title

**12. Plea:**          FORTSON, ANTONIO MAURICE / 00267832B          **Not Guilty**

**13. Arresting Official's testimony (at the hearing):**

"Circumstances as stated". On May 3, 2019, you, inmate Antonio Fortson, B/267832, were given an instruction by Officer L. Jamison to cuff up.  You, inmate Fortson, failed to comply with the given instruction which resulted in a use of force in which chemical agents were used.  Therefore you, inmate Fortson, are being charged with Failure to obey a direct order of an ADOC Employee.

**14. Inmate's testimony:**

They sprayed me and slammed me. So I went in defense mode so no I didn't put my hands behind. I feared for my life.

**14a Witness:**          EWING, WILLIAM BENNY / 00217887S

**Testimony:**          Inmate Fortson was attacked, he was sprayed. He didn't have a chance to put his has behind his back.

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION KCF-19-00775-1**
403A Warden Decision

**15.** The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

SPENCER, MAURICE K
Hearing Officer Name / Title

**16.** The following witnesses were not called:

**Witness:**　　　　　CHAMBERS, TIMOTHY LAMAR / 00300293

**Reason Not Called:**　　Inmate Chambers refuse to testify.

**17.** After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):

**The hearing Officer finds that:**

You, inmate Antonio Fortson, B/267832, were given an instruction by Officer L. Jamison to cuff up. You, inmate Fortson, failed to comply with the given.

**18.** Basis for finding of fact:

The Hearing Officer finds you inmate Fortson guilty based on the sworn testimony of the Arresting Officer.

**19.** Hearing Officer's decision:　　| X | Guilty　　|  | Not Guilty　　|  | Recommend for reinitiation

**20.** Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

[X] Loss of Canteen privileges for 30 days, as of 06/12/2019

[X] Loss of Telephone privileges for 30 days, as of 06/12/2019

[X] Loss of Visiting privileges for 30 days, as of 06/12/2019

[ ] Removal from Hobby Craft

[X] Loss of Good Time 0 yrs 1 mths 0 dys

[ ] Disciplinary Seg for _____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for _____ days

[ ] Loss of Passes for _____ days

[ ] Return to Inmate Staff for _____ days

SPENCER, MAURICE K
Hearing Officer Name / Title

**21.** Warden's Action - Date:　　　05/14/2019

**Approved**　　Jimmy Thomas _____

**Disapproved**　　_____

**Other (specify)**　　_____

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the _____ day of _____, 20_____ at (time) _____ ( am / pm ).

**23.** _____　·　_____

Run Date: 5/14/2019 9:09:59 AM

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION KCF-19-00775-1**
403A Warden Decision

Serving Officer Name / Title                    Inmate's Signature / AIS Number

Distribution:     Original to Central Records Division
          Copy to:     I & I (If Federal or State law violated)
                  Inmate Institutional File
                  Board of Pardons and Parole
                  Sentencing Judge (if applicable)

00267832B    B

## Alabama Department of Corrections

DISC004

### DISCIPLINARY REPORT
403A Warden Decision

**Incident Report Number:**    KCF-19-00775

**1. Inmate:**    FORTSON, ANTONIO MAURICE    **Custody:**    MEDIUM    **AIS:** 00267832B

**2. Institution:**    KILBY RCC    **Disc #:** KCF-19-00775-2

**3. The above inmate is being charged by:**    JAMISON, LEROY

with a violation of the following Rule(s):

922 - Threat

**From Administrative Regulation #403, which occured on or about:**

May 3 2019 6:09AM at Gate # 3

**A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

On May 3, 2019, you, inmate Antonio Fortson, B/267832, were involved in an incident at the Gate 3 area of Permanent Party. During this incident you made threats. Specifically, "Ya'll gonna have to kill me cause I'm gonna kill some of you!" Therefore you, inmate Fortson, are being charged with making Threats.

| 05/03/2019 | JAMISON, LEROY  / Officer |
|---|---|
| Date | Arresting Officer Name / Title |

**5. I hereby certify that on this 4th day of May, 2019, at (time) 08:46:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.**

| WILLIAMS, BRANDON M | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**    **NO:** _____    **YES:** See Signed 403A (1-4)

Inmate's Signature                Inmate's Signature

**7. If yes, list:**    CHAMBERS, TIMOTHY LAMAR / 00300293

EWING, WILLIAM BENNY / 00217887S

**8. Hearing Date:**    May 10, 2019    **Time:**    01:30:00    **Place:**    Shift Commanders Office

**9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.**

**10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

Rogers, David
Hearing Officer Name / Title

**11. A finding is made that the inmate is capable of representing himself / herself.**

Rogers, David
Hearing Officer Name / Title

**12. Plea:**    FORTSON, ANTONIO MAURICE / 00267832B    **Guilty**

**13. Arresting Official's testimony (at the hearing):**

Inmate Fortson made threats towards me. Specifically, "Ya'll gonna have to kill me cause I'm gonna kill some of you!" No written questions submitted for the arresting Officer.

**14. Inmate's testimony:**

The threats weren't towards Officer Jamison. It was just in general but I did make threats.

**14a Witness:**    EWING, WILLIAM BENNY / 00217887S

**Testimony:**    Inmate fortson was against the fence in position to be searched. One of the officers grabbed inmate Fortson around his neck area to attempt to subdue him and he slipped away. Another Officer grabbed him and placed him on the ground and handcuffed him. Inmate Fortson did then start making threats.

Alabama Department of Corrections

## DISCIPLINARY REPORT CONTINUATION KCF-19-00775-2
### 403A Warden Decision

**15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

Rogers, David
_____
Hearing Officer Name / Title

**16. The following witnesses were not called:**

**Witness:**          CHAMBERS, TIMOTHY LAMAR / 00300293

**Reason Not Called:**    Inmate Chambers did not wish to participate in the hearing or enter a testimony on behalf of inmate Fortson.

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

**The hearing Officer finds that:**

On May 3rd, 2019 inmate Fortson did make threats to ADOC personnel. The hearing Officer renders a verdict of guilty for rule violation #922.

**18. Basis for finding of fact:**

The hearing Officer, Sergeant David Rogers, makes his findings based on the sworn testimony of the arresting officer and inmate Fortson's admission of guilt.

**19. Hearing Officer's decision:**    [ X ] Guilty        [ ] Not Guilty        [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days                **Community Based Institutions Only:**

[X] Loss of Canteen privileges for 30 days, as of 05/13/2019        [ ] Draw cut to __ (min $25) for __ days

[X] Loss of Telephone privileges for 30 days, as of 05/13/2019      [ ] Restriction / State Whites for _____ days

[X] Loss of Visiting privileges for 30 days, as of 05/13/2019       [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft                                        [ ] Return to Inmate Staff for _____ days

[X] Loss of Good Time 0 yrs 1 mths 0 dys

[X] Disciplinary Seg for 10 days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

Rogers, David
_____
Hearing Officer Name / Title

**21. Warden's Action - Date:**        05/13/2019


**Approved**      Jimmy Thomas _____


**Disapproved**   _____


**Other (specify)**  _____


**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the _____ day of _____, 20_____ at (time) _____ ( am / pm ).**

## Alabama Department of Corrections

### DISCIPLINARY REPORT CONTINUATION KCF-19-00775-2
403A Warden Decision

23. _____          _____

    Serving Officer Name / Title                    Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division

           Copy to:    I & I (If Federal or State law violated)

                      Inmate Institutional File

                      Board of Pardons and Parole

                      Sentencing Judge (if applicable)