**Case Number**

2 :  19 - cv - 00493 - WKW-CSC
ID    YR    NUMBER
**(To be completed
by Court Clerk)**

# IN FORMA PAUPERIS DECLARATION

RECEIVED

2019 AUG - 1  A 10: 19

[Insert appropriate court]

Antonio Maurice Fortson
(Petitioner)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

vs.

L. Jamison
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, Antonio Maurice Fortson ____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?        Yes_____    No _✓_

    a.  If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b.  If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    I'll was receiving Social Security income for my eye's in it was $750 dollars per-monthly.

2.  Have you received within the past twelve months any money from any of the following sources?

    a.  Business, profession, or other form of self-employment?

    Yes _____        No __✓_

    b.  Rent payments, interest, or dividends?

    Yes _____        No _✓_

    c.  Pensions, annuities, or life insurance payments?

    Yes _____        No __✓_

    d.  Gifts or inheritances?

    Yes _____        No _✓_

    e.  Any other sources?

    Yes _____        No __✓_

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

Well I'll done been in prison since Dec,21,2018 and in the Montgomery County jail Since Apr,19,2018 and only have in my checking account is $1,500 dollars to my name that is it!

3. Do you own cash, or do you have money in a checking or savings account?

Yes _____     No _√_

(Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

_____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____     No _√_

If the answer is "yes", describe the property and state its approximate value.

_____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

My mother for help and needs my girlfriend as well as our son's and they've need their father in theirs life....

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___ July,30,2019 _____
 (Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.41 cents on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said Account Clerk     institution: Kilby CF

_____

_____

7-30-2019
DATE

Vality____, Account Clerk
AUTHORIZED OFFICER OF INSTITUTION

# Alabama Department of Corrections    ITF017

## Transaction Report for 00267832-FORTSON, ANTONIO MAURICE BedNumber: H1-26B

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| Canteen Purchase KILB Canteen | 6/26/2019 | 6/26/2019 Canteen Purchase Tran NR 9329021 | ($19.92) | $5.64 | $0.00 | $0.00 KILB |
| Canteen Purchase KILB Canteen | 7/3/2019 | 7/3/2019 Canteen Purchase Tran NR 9352322 | ($5.23) | $0.41 | $0.00 | $0.00 KILB |



DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2019 AUG -1 A 10: 19
RECEIVED

Antonio M. Fortson
AIS# 267832 / H-1-26B
P.O. Box 150
Mt. Meigs, Alabama
36057



MONTGOMERY AL 350

31 JUL 2019 PM 3 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed Communication."

...Juan 1 State Prison. The contents ... been evaluated, and the Alabama ... ment of Corrections is not responsib ... the substance or content of the enclose ... communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH STREET. SUITE B-110
MONTGOMERY, ALABAMA 36104-4018

36104-401801