IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| ANTONIO MAURICE FORTSON, | ) | |
|---|---|---|
| #267 832, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-493-WKW |
| | ) | [WO] |
| L. JAMISON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 28, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 8) is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 21st day of November, 2019.

                                                   /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE